**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| JOSEPH DUBOIS, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:19-CV-00042- |
| v. | § | ALM-CAN |
| | § | |
| EXPERIAN INFORMATION SOLUTIONS | § | |
| INC., ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pending before the Court is Plaintiff Joseph Dubois's Motion to Enforce Settlement [Dkt. 46]. Over eight months ago, on August 13, 2019, the Court ordered the Parties to file all papers necessary for the dismissal of Defendant Experian from this case on or before Monday, October 14, 2019 [Dkt. 37]. The Court has entered numerous orders related to this anticipated dismissal. On April 22, 2020, Defendant Experian filed a notice stating, "Experian will send [the settlement] check by no later than April 27, 2020 and will file a notice with this Court containing the tracking number and a copy of the check under seal" [Dkt. 65 at 1]. Notwithstanding such representation, Defendant Experian did not file any notice. Thus, as the Court has warned, the Court will take up Plaintiff Joseph Dubois's Motion to Enforce Settlement [Dkt. 46]. Accordingly,

It is therefore **ORDERED** that the Court sets Plaintiff Joseph Dubois's Motion to Enforce Settlement [Dkt. 46] for hearing on ***Wednesday, June 3, 2020, at 2:00 p.m.*** at the United States Courthouse Annex, 200 N. Travis Street, Chase Bank Building, Mezzanine Level, Sherman, Texas, 75090. Counsel for Defendant Experian is directed to appear in person. Plaintiff may appear telephonically. The Court provides Plaintiff with the teleconference call-in information, as follows:

ORDER – Page 1

ATT Toll-Free Conference Number: 877-336-1839

Access Code: 5754049, followed by #

Participants are directed to call this number no later than 1:55 p.m.

**IT IS SO ORDERED**.

**SIGNED this 29th day of April, 2020.**


_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE